UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Criminal No. 4:15CR00545 CEJ(NAB) |
| | ) |
| | ) |
| KENYOTA DOKES, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE**

COMES NOW the United States of America, by and through its attorneys, Richard Callahan, United States Attorney for the Eastern District of Missouri, Tracy L. Berry, Assistant United States Attorneys for said District, and, moves to dismiss the above-styled indictment without prejudice as defendant has been accepted in the diversion program.

Upon successful completion of the diversion program, the government has agreed that it will not engage in any further prosecution for the conduct charged in this case.

Accordingly, the government requests that the above-styled indictment be dismissed without prejudice.

Respectfully submitted,
RICHARD CALLAHAN
United States Attorney

s/ *Tracy Lynn Berry*
TRACY LYNN BERRY #014753 TN
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

CERTIFICATE OF SERVICE

    Copy of the foregoing was sent through the court's electronic filing system this 30th day of May, 2016, to: Lynette Petruska, Esq.

                                                  s/ Tracy Lynn Berry
                                                  ASSISTANT UNITED STATES ATTORNEY

It is so Ordered this \_\_\_\_ day of _____ 2016.

                                                  CAROL E. JACKSON
                                                  UNITED STATES DISTRICT JUDGE